IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 MAY 25 PM 2: 56

OFFICE OF THE CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:03CR3012 |
| v. ) | |
| ) | |
| TANGO L. CRENSHAW, ) | **AMENDED** |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT HEREBY IS ORDERED,

1. The defendant's Appearance and Compliance bond filed herein on March 27, 2003, filing 12, is exonerated and released.

2. The clerk shall notify the Lancaster County, Nebraska Register of Deeds that the bond--and the lien created thereby--has been released, and the Notice of Lien filed in that office March 28, 2003 on the property of Tango L. Crenshaw at 718 West P Street, Lincoln, Lancaster County, Nebraska, 68528, legal description Purbaugh's Subdivision, Block 2, Lot 9, Lincoln, Lancaster County, Nebraska, Instrument No. 2003-28553, may be cancelled and released.

DATED this 25th day of May, 2006.

BY THE COURT:

*/s/ David L. Piester*
David L. Piester
United States Magistrate Judge