IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )
                                 )
v.                               )        Case No.  4:03CR3012
                                 )
TANGO L. CRENSHAW,               )
                                 )
              Defendant.         )

**ORDER**

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 64.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Motion to Terminate Supervised Release, Request for Evidentiary Hearing and Oral Argument and Order restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

December 6, 2007.                BY THE COURT:

                                 _____
                                 S/ *Richard G. Kopf*
                                 United States District Judge